No. 370. Viso *v.* Porto Rico Sugar Co.—Appeal from the District Court of Humacao. Motion to dimiss appeal. Decided February 8, 1909. Appeal dismissed by reason of failure to comply with section 50 of the rules of this court. *Mr. Alvarez Nava* for petitioner. *Mr. Arturo Aponto, Jr.,* for respondent.

---

No. 379. Quiñones *v.* Quiñones.—Appeal from the District Court of Mayagüez. Motion to dismiss appeal. Decided March 9, 1909. Appeal dismissed for failure to comply with section 299 of the Code of Civil Procedure and section 40 of the rules of this court. *Mr. José E. Figueras* for petitioner.

---

No. 390. Bonilla *v.* Sierra.—Appeal from the District Court of San Juan. Motion to dismiss appeal. Decided April 6, 1909. Appeal dismissed for failure to comply with section 299 of the Code of Civil Procedure and section 40 of the rules of this court. *Messrs. Eduardo Acuña and José E. Figueras* for petitioner. *Mr. Torres Monje* for respondent.

---

No. 394. Arrarás *v.* Estate of Candelario.—Appeal from the District Court of Aguadilla. Motion to dismiss appeal. Decided April 19, 1909. Appeal dismissed for failure to comply with section 299 of the Code of Civil Procedure and section 40 of the rules of this court. *Mr. Jorge V. Domínguez* for petitioner. *Mr. Rodolfo Ramírez* for respondent.